**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO.: 21-80677-CV-MIDDLEBROOKS/REINHART

MARIA LEE,

    Plaintiff,

v.

KILOLO KIJAKAZI,
Acting Commissioner of
Social Security,

    Defendant.
_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION**

THIS CAUSE comes before the Court on a Report and Recommendation issued by Magistrate Judge Bruce E. Reinhart (the "Report") on June 28, 2022. (DE 24). The Report recommends granting Plaintiff's Motion for Summary Judgment (DE 19), denying Defendant's Motion for Summary Judgment (DE 20), and reversing the decision of the Commissioner. *Id.* On July 8, 2022, the Commissioner filed objections to the Report (DE 25), to which Plaintiff responded on July 14, 2022 (DE 26).

I have conducted an independent *de novo* review of the record in this case. I have carefully and fully considered the Report, all applicable law, and the written submissions of the Parties, including the Commissioner's objections. I agree with Judge Reinhart's analysis and conclusions, and therefore his Report is adopted in full.

Accordingly, it is hereby **ORDERED AND ADJUDGED** that:

(1) The Report (DE 24) is **ADOPTED**.

(2) The Commissioner's objections (DE 25) are **OVERRULED.**

(3) Plaintiff's Motion for Summary Judgment (DE 19) is **GRANTED.**

(4) Defendant's Motion for Summary Judgment (DE 20) is **DENIED.**

(5) The decision of the Commissioner is **REVERSED AND REMANDED.**

(6) Final judgment will be entered by separate Order.

**SIGNED** in Chambers in West Palm Beach, Florida, this 12th day of September, 2022.

_____
Donald M. Middlebrooks
United States District Judge

cc:   Magistrate Judge Bruce E. Reinhart
      Counsel of record