UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-80677-CV-MIDDLEBROOKS

MARIE LEE,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE**

THIS CAUSE comes before the Court on Magistrate Judge Bruce E. Reinhart's Report and Recommendation ("Report"), issued on January 10, 2023. (DE 30). The Report recommends granting Plaintiff Lee's Motion for Attorney Fees (DE 29). Defendant does not object. (DE 32).

I have conducted a *de novo* review of Judge Reinhart's Report, the record in this case, and I have considered the applicable law. Accordingly, I agree with Judge Reinhart's recommendations and adopt his Report.

Accordingly, it is **ORDERED AND ADJUDGED** that:

(1) The Report (DE 30) is **ADOPTED**.

(2) Plaintiff's Motion (DE 29) is **GRANTED.**

    a. Plaintiff is awarded $8,048.98 in attorney's fees and $402.00 in costs pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d).

**SIGNED** in West Palm Beach, Florida, this 25 day of January, 2023.

Donald M. Middlebrooks
United States District Judge

cc:     Honorable Bruce E. Reinhart
        Counsel of Record